**No. 10-5108. Gustavo Sierra, Petitioner v. United States.**

562 U.S. 904, 131 S. Ct. 242, 178 L. Ed. 2d 161, 2010 U.S. LEXIS 6441.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 600 F.3d 263.